

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/06/2025 11:00 AM

COURTROOM 8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-07659-CPM** | 7 | **12/30/2024** |

**Chapter 7**

| | |
|---|---|
| **DEBTOR:** | Darren Ouzts |
| | Cynthia Costa |
| **DEBTOR ATTY:** | **Sanad Hamad** |
| **TRUSTEE:** | **Traci Stevenson** |

**HEARING:**

Motion for Relief from Stay. (Fee Paid.) Re: 2218 Egret Walk Ct, New Port Richey, FL 34655. Contains negative notice. Filed by Scott C Lewis on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Doc #23

... - Response to Motion for Relief from Stay re: 2218 Egret Walk Ct, New Port Richey, FL 34655. Contains negative notice. Filed by Creditor U.S. Bank Filed by Richard M Dauval on behalf of Trustee Traci K. Stevenson (related document(s)[23]). (Dauval, Richard) Doc #24

.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Scott Lewis


**RULING:**
Motion for Relief from Stay. (Fee Paid.) Re: 2218 Egret Walk Ct, New Port Richey, FL 34655. Contains negative notice. Filed by Scott C Lewis on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Doc #23

  ...Agreed Order to be submitted - Order by Lewis...

... - Response to Motion for Relief from Stay re: 2218 Egret Walk Ct, New Port Richey, FL 34655. Contains negative notice. Filed by Creditor U.S. Bank Filed by Richard M Dauval on behalf of Trustee Traci K. Stevenson (related document(s)[23]). (Dauval, Richard) Doc #24


.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.