IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

| | |
|---|---|
| **DARREN KENNETH OUZTS** | **CASE NO.: 8:24-bk-07659-CPM** |
| *aka* **DARREN OUZTS** | **CHAPTER: 7** |
| *aka* **DARREN K OUZTS** | |
| **CYNTHIA TAVARES COSTA** | |
| *aka* **CYNTHIA T COSTA** | |
| *aka* **CYNTHIA COSTA** | |
|     DEBTOR(S). | |
| _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2025, I served a copy of the Agreed Order Granting Motion for Relief from Automatic Stay (**D.E. #32**), on the parties listed below:

Darren Kenneth Ouzts
2218 Egret Walk Ct
New Port Richey, FL 34655

Cynthia Tavares Costa
2218 Egret Walk Ct
New Port Richey, FL 34655

Sanad M Hamad
The Law Offices of Robert M. Geller
807 West Azeele Street
Tampa, FL 33606

Traci K. Stevenson
Traci K. Stevenson, Esq., Ch. 7 Trustee
P.O. Box 86690
Madeira, FL 33738

Richard M Dauval
LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 33703

ALAW FILE NO. 24-003910

United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

        */s/ Scott C. Lewis, Esq.*
        Scott C. Lewis, Esq.
        FBN 112064
        813-221-4743 ext. 2603
        **Albertelli Law**
        Attorney for Secured Creditor
        PO Box 23028
        Tampa, FL 33623
        Facsimile: (813) 221-9171
        slewis@albertellilaw.com

ALAW FILE NO. 24-003910