United States Bankruptcy Court

Middle District of Florida

In re:  
Darren Kenneth Ouzts  
Cynthia Tavares Costa  
    Debtors

Case No. 24-07659-CPM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-8      User: admin      Page 1 of 3  
Date Rcvd: Jun 26, 2025      Form ID: aPOCjck      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darren Kenneth Ouzts, Cynthia Tavares Costa, 2218 Egret Walk Ct, New Port Richey, FL 34655-4019 |
| cr | + | Suncoast Credit Union, Wetherington Hamilton, PA, c/o Brad W. Hissing, 812 W. Dr. MLK, Jr. Blvd., Suite 101 Tampa, FL 33603-3338 |
| r | + | Tanja J Cisliek, Future Home Realty Inc, a Florida Corp., 10575 68th Avenue, North, Suite B-2, Seminole, FL 33772-6023 |
| 31532058 | + | Condominium Associates and Precedent Hos, 3001 Executive Drive, Clearwater, FL 33762-3389 |
| 31339877 | | US Bank, Attn Consumer, Bureau MGMT, Eagan, MN 55121 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 31339855 | EDI: BANKAMER | Jun 27 2025 01:59:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 31339856 | EDI: BANKAMER | Jun 27 2025 01:59:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 31339858 | EDI: CAPITALONE.COM | Jun 27 2025 02:00:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 31339857 | EDI: CAPITALONE.COM | Jun 27 2025 02:00:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 31339859 | EDI: CITICORP | Jun 27 2025 02:00:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 31339860 | EDI: CITICORP | Jun 27 2025 02:00:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 31339862 | EDI: CITICORP | Jun 27 2025 02:00:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 31339861 | EDI: CITICORP | Jun 27 2025 02:00:00 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 31339864 | EDI: CITICORP | Jun 27 2025 02:00:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 31339863 | EDI: CITICORP | Jun 27 2025 02:00:00 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 31339866 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 26 2025 22:09:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 31339865 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 26 2025 22:09:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 31339867 | Email/Text: bktyquestions@gtefinancial.org | Jun 26 2025 22:09:00 | GTE Financial, 711 E Henderson Ave, Tampa, FL 33602-2509 |
| 31339868 | Email/Text: bktyquestions@gtefinancial.org | Jun 26 2025 22:09:00 | GTE Financial, Attn: Bankruptcy, PO Box |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | 172599, Tampa, FL 33672-0599 |
| 31339869 | | EDI: JPMORGANCHASE | Jun 27 2025 02:00:00 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 31339870 | | EDI: JPMORGANCHASE | Jun 27 2025 02:00:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 31339854 | | Email/Text: hamad.sanadr64129@notify.bestcase.com | Jun 26 2025 22:10:00 | Sanad Hamad, 807 W. Azeele St, Tampa, FL 33606 |
| 31339871 | + | EDI: MAXMSAIDV | Jun 27 2025 02:00:00 | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 31339872 | | EDI: MAXMSAIDV | Jun 27 2025 02:00:00 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 31339874 | | Email/Text: cmecf@suncoastfcu.org | Jun 26 2025 22:09:00 | Suncoast Cu, Attn: Bankruptcy, PO Box 11904, Tampa, FL 33680-1904 |
| 31339873 | | Email/Text: cmecf@suncoastfcu.org | Jun 26 2025 22:09:00 | Suncoast Cu, PO Box 11904, Tampa, FL 33680-1904 |
| 31339875 | + | EDI: SYNC | Jun 27 2025 02:00:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 31339876 | | EDI: SYNC | Jun 27 2025 02:00:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 31339878 | | EDI: USBANKARS.COM | Jun 27 2025 02:00:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 31339880 | | EDI: CAPITALONE.COM | Jun 27 2025 02:00:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 31339879 | + | EDI: SYNC | Jun 27 2025 02:00:00 | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2025           Signature:     /s/Gustava Winters_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| District/off: 113A-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: aPOCjck | Total Noticed: 31 |

| Name | Email Address |
|---|---|
| Brad W Hissing | on behalf of Creditor Suncoast Credit Union bradh@whhlaw.com  BWHPleadings@whhlaw.com |
| Richard M Dauval | on behalf of Trustee Traci K. Stevenson data@leavenlaw.com rdauval@leavenlaw.com;rsingleton@leavenlaw.com;mfowler@leavenlaw.com;leavenlaw@gmail.com;sflanagan@leavenlaw.com;emartin@leavenlaw.com;leavenlaw@ecf.courtdrive.com |
| Sanad M Hamad | on behalf of Joint Debtor Cynthia Tavares Costa shamad@robertgellerlaw.com hamad.sanadr64129@notify.bestcase.com;gellernotices@gmail.com;robertmgellerbk@robertgellerlaw.com;geller.robertm.b125896@notify.bestcase.com |
| Sanad M Hamad | on behalf of Debtor Darren Kenneth Ouzts shamad@robertgellerlaw.com hamad.sanadr64129@notify.bestcase.com;gellernotices@gmail.com;robertmgellerbk@robertgellerlaw.com;geller.robertm.b125896@notify.bestcase.com |
| Scott C Lewis | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkfl@albertellilaw.com  anhsalaw@infoex.com |
| Traci K. Stevenson | tracikstevenson@gmail.com  tks@trustesolutions.net;alishamariehall@gmail.com;tafch7llc@gmail.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 7

**[Dnftpoc]** [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                 Case No. 8:24−bk−07659−CPM
                                                                                                                         Chapter 7

Darren Kenneth Ouzts
aka Darren Ouzts
aka Darren K Ouzts

Cynthia Tavares Costa
aka Cynthia T Costa
aka Cynthia Costa
_____Debtor\*_____/

<u>NOTICE OF DEADLINE TO FILE PROOF OF CLAIM</u>

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

   Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is September 29, 2025 .

   A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

   A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − ***www.flmb.uscourts.gov,*** or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

   Dated June 25, 2025 .

                                     Jose A Rodriguez , Clerk of Court

                                     Sam M. Gibbons United States Courthouse
                                     801 North Florida Avenue
                                     Suite 555
                                     Tampa, FL 33602

   \*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

   Copies furnished to:
   All Interested Parties