UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No: 8:24-bk-07659-CPM
                                                                Chapter 7

Darren Kenneth Ouzts
Cynthia Tavares Costa

Debtors
_____

MOTION TO SELL REAL PROPERTY AND
PAY SECURED CREDITOR(S) AND TRANSACTIONAL COSTS
(2218 Egret Walk Ct., New Port Richey, FL 34655)

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST A HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without
further notice or hearing unless a party in interest files a response within 21 days from the date
set forth on the attached proof of service, plus an additional three days for service if any party
was served by U.S. Mail. If you object to the relief requested in this paper, you must file a
response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899
and serve a copy on the movant's attorney, Richard M. Dauval, 3900 1st Street North, Suite 100,
Saint Petersburg, FL 33703, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court will either schedule and
notify you of a hearing or consider the response and grant or deny the relief requested without a
hearing.

If you do not file a response within the time permitted, the Court will consider that you do not
oppose the relief requested in the paper, will proceed to consider the paper without further notice
or hearing, and may grant the relief requested.

COMES NOW Traci K. Stevenson, Chapter 7 Trustee, by and through the undersigned

counsel, and hereby moves for authority to sell certain improved real property, to pay secured

creditors and transactional costs, and in support thereof states as follows:

1

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b) (2) (A), (M), (N) and (O).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein are, *inter alia*, 11 U.S.C. §§ 105, 363(b) and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## BACKGROUND

4. On December 30, 2024, the Debtors commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").

5. Traci K. Stevenson was appointed Chapter 7 trustee (the "Trustee").

6. The Debtors own real property, by virtue of a deed, located at 2218 Egret Walk Ct., New Port Richey, FL 34655, more particularly known as:

THE FOLLOWING DESCRIBED REAL PROPERTY SITUATED IN THE CITY OF NEW PORT RICHEY, COUNTY OF PASCO, STATE OF FLORIDA, DESCRIBED AS:LOT 291, NATURE'S HIDEAWAY PHASE III, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 27, PAGES 137 THROUGH 140, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.

(hereinafter the "Property").

7. The Trustee completed a title search and found that the Property is encumbered by a mortgage lien. By priority, but not including any outstanding property taxes or municipal liens, the Property is encumbered with:

    a. a mortgage in favor of US Bank National Association recorded in O.R. Book 10787, Page 2212, Public Records of Pasco County, Florida. ("US Bank"), and

    b. a certain lien item FL Green Finance recorded in O.R. Book 9623, Page 2223, Public Records of Pasco County, Florida ("PACE Loan").

8.  The Trustee has accepted an offer from Cristin M. Javor and Alexander G. Javos (the Buyer(s)) to purchase the Property for the gross sale price $ 280,000.00 (which includes a 11 U.S.C. § 506(c) surcharge (or, "carve out") of $ 14,400.00, subject to the approval of the secured creditors and the court, as payment in full.  The Trustee believes it is a fair offer for the current economy, the condition of the Property, and the length of time the Property has remained on the market.

9.  Any current real property taxes will be paid prorated.

10. The gross sale price of $ 280,000.00, net the closing costs, is estimated to be enough to satisfy the outstanding liens, as agreed to by the secured creditors, that encumber the property and net the estate at least $ 14,400.00.  If the secured creditors no longer consent to their proposed treatment, they are hereby on notice that they need to object to the proposed sale of the Property.

11. The Trustee has attached a "DRAFT" Settlement Statement that outlines the proposed distribution of the sale proceeds at closing, as Exhibit A.

## AUTHORITY TO SELL

12. Pursuant to § 363(b)(1) of the Bankruptcy Code, a trustee, after notice and hearing, may use, sell or lease property of the estate other than in the ordinary course of business.

## CONCLUSION

13. The Trustee, in the exercise of her best business judgment, believes, and therefore avers, that the proposed sale is in the best interest of the creditors of the bankruptcy estate insofar as there is otherwise no equity in the Property, the Trustee is more familiar with the current market than other interested parties, and a sale under this motion serves the best interest of all interested parties, including the secured creditors. The Buyers have

agreed, subject to Court approval, to pay to the Trustee the gross sum of $ 280,000.00 in exchange for estate's interest in the Property.

WHEREFORE, the Trustee moves for the entry of an order:

A.  Authorizing the sale of the Property and,

B.  Authorizing the Trustee to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the estate's interest in the Property including without limitation, executing a deed conveying the interests of the Debtors to the Buyers, or assigns, or ultimate purchaser;

C.  Authorizing the Trustee and any escrow agent upon the Trustee's written instruction, shall be authorized to make such disbursements on or after the closing of the sale as are required by the purchase agreement or order of this Court, including, but not limited to, (a) all delinquent real property taxes and outstanding post-petition real property taxes pro-rated as of the closing with respect to the real property included among the purchased assets (b) any outstanding Home Owner's Association fee or assessment arrearages (if any); and (c) other anticipated closing costs:

Total Sales/Brokers Commission:
6% of base sale price to Future Home Realty                    $ 16,800.00*
*this commission is intended to be shared with a cooperating agent / negotiator.
Title Charges:                                                 $ 3,182.00
Government recording / transfer charges:                       $ 2,041.25
Satisfaction of Liens:
    US Bank                                                    $ 239,417.67
    PACE Loan                                                  $ 7,163.40
Misc.
Estoppel Letter Fee to homewisedocs.com                        $ 500.00
Municipal Lien Search to Target Lien Search                    $ 214.00
Past Due HOA Dues to Nature's Hideaway Phase III HOA           $ 716.46

The above anticipated closing costs and taxes are subject to per diem charges, changes in prorations, and otherwise represent approximate amounts.  The Trustee seeks authority to pay

these amounts, or their reasonable equivalent amounts, to the respective payees depending on the

subjective per diem alteration,

    D.  Waving the 14 day appeal period provided for under B.R.C.P. Rule 6004(h) so that the

          sale of the Property may close immediately upon the entry of an order granting the instant

          motion, and

    E.  Granting the Trustee such other and further relief as is just and proper.

          Respectfully submitted,

          /s/ Richard M. Dauval, Esquire
          Richard M. Dauval, Esq.
          LeavenLaw
          3900 1st Street North, Suite 100
          Saint Petersburg, FL 33703
          727-327-3328 x303

## **CERTIFICATE OF SERVICE**

        I certify that on August 14, 2025, a true and correct copy of the foregoing was provided
by U.S. mail and/or electronic delivery to:
U.S. Trustee, USTPRegion21.TP.ecu@usdoj.gov;
Darren Kenneth Ouzts and Cynthia Tavares Costa, 2218 Egret Walk Ct., New Port Richey, FL
34655
Sanad M Hamad, Esq., shamad@robertgellerlaw.com
Traci K. Stevenson, Trustee
U.S. Bank, c/o Scott C. Lewis, Esq, slewis@albertellilaw.com

and to the attached Matrix

          /s/ Richard M. Dauval, Esq.
          Richard M. Dauval, Esq.

| A. | SETTLEMENT STATEMENT | B. | TYPE OF LOAN |
|---|---|---|---|

**Leavengood, Dauval, Boyle & Vasti, PLLC**

3900 First Street N., Suite 100
St. Petersburg, Florida 33703
(727) 327-3328

| | |
|---|---|
| 1. ☐ Conventional | 2. ☐ FHA |
| 3. ☐ VA | 4. ☒ Cash/Purchase Money Mtg |

5. File Number: 2025.0054

6. Loan Number:

7. Mortgage Ins. Case No.:

*C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| | |
|---|---|
| D. Buyer: | Alexander G. Javor and Cristin M. Javor |
| E. Seller: | Traci K. Stevenson, as Trustee of the Bankruptcy Estate of Cynthia Costa and Darren Ouzts, Case No. 8:24-bk-07659-CPM<br>P.O. Box 86690<br>Madeira Beach, Florida 33738 |
| F. Lender: | |
| G. Property: | 2218 Egret Walk  Ct.<br>New Port Richey, Florida 34655 |
| H. Settlement Agent: | Leavengood, Dauval, Boyle & Vasti, PLLC |
| Place of Settlement: | 3900 First Street N., Suite 100, St. Petersburg, Florida 33703 |
| I. Settlement Date: | September 24, 2025 |

| 100. Gross Amount Due From Buyer: | | 400. Gross Amount Due To Seller: | |
|---|---|---|---|
| 101.  Sale Price of Property | 280,000.00 | 401.  Sale Price of Property | 280,000.00 |
| 102.  Sale Price of Any Personal Property Included in Sale | | 402.  Sale Price of Any Personal Property Included in Sale | |
| 103.  Closing Costs Paid at Closing (J) | 6,053.25 | 403. | |
| **Adjustments for Items Paid by Seller in Advance:** | | **Adjustments for Items Paid by Seller in Advance:** | |
| 104.  City/Town Taxes | | 404.  City/Town Taxes | |
| 105.  County Taxes | | 405.  County Taxes | |
| 106.  Assessments Sep 24, 2025 thru Dec 31, 2025 | 129.67 | 406.  Assessments Sep 24, 2025 thru Dec 31, 2025 | 129.67 |
| **120.  Gross Amount Due from Buyer:** | **286,182.92** | **420.  Gross Amount Due to Seller:** | **280,129.67** |

| 200. Amounts Paid by or in Behalf of Buyer: | | 500. Reductions in Amount Due to Seller: | |
|---|---|---|---|
| 201.  Deposit | 2,800.00 | 501.  Excess Deposit | |
| 202.  Loan Amount | | 502.  Closing Costs Paid at Closing (J) | 39,017.11 |
| 203.  Existing Loan(s) Assumed or Taken Subject to | | 503.  Existing Loan(s) Assumed or Taken Subject to | |
| 204. | | 504.  Payoff of First Mortgage Loan | 239,417.67 |
| 205.  Seller Credit | | 505.  Payoff of Second Mortgage Loan | |
| 206. | | 506.  Seller Credit | |
| **Adjustments for Items Unpaid by Seller:** | | **Adjustments for Items Unpaid by Seller:** | |
| 207.  City/Town Taxes | | 507.  City/Town Taxes | |
| 208.  County Taxes Jan 1, 2025 thru Sep 23, 2025 | 1,694.89 | 508.  County Taxes Jan 1, 2025 thru Sep 23, 2025 | 1,694.89 |
| 209.  Assessments | | 509.  Assessments | |
| **220.  Total Paid by / for Buyer:** | **4,494.89** | **520.  Total Reductions in Amount Due Seller:** | **280,129.67** |

| 300. Cash at Settlement from / to Buyer: | | 600. Cash at Settlement to / from Seller: | |
|---|---|---|---|
| 301.  Gross Amount due from Buyer (line 120) | 286,182.92 | 601.  Gross Amount due to Seller (line 420) | 280,129.67 |
| 302.  Less Amount Paid by/for Buyer (line 220) | -4,494.89 | 602.  Less Reductions Amount due Seller (line 520) | -280,129.67 |
| **303.  Cash From Buyer:** | **$281,688.03** | **603.  Cash From Seller:** | **$0.00** |

| L. | Settlement Charges | | |
|---|---|---|---|
| **700. Total Sales / Broker's Commission:** | | | |
| | Based on Price $280,000.00 @ 6.00% = $16,800.00 | | |
| | Division of Commission as follows | | |
| 701. | 11,200.00 to Future Home Realty | | |
| 702. | 5,600.00 to Keller Williams | | |
| 703. | Commission Paid at Settlement | | 16,800.00 |
| **800. Items Payable in Connection with Loan:** | | | |
| 801. | % of Loan Amount (Points) | | |
| **900. Items Required by Lender to be Paid in Advance:** | | | |
| 901. | Homeowner's Insurance Premium | | |
| 902. | Mortgage Insurance Premium | | |
| 903. | Prepaid Interest ( $0.00 per day from 9/24/2025 to      ) | | |
| 904. | Property Taxes | | |
| **1000. Reserves Deposited with Lender:** | | | |
| 1001. | Homeowner's Insurance | | |
| 1002. | Mortgage Insurance | | |
| 1003. | Property Taxes | | |
| **1100. Title Charges:** | | | |
| 1101. | Title - Closing Fee to Leavengood, Dauval, Boyle & Vasti, PLLC | | 1,500.00 |
| 1102. | Title - Owner's Coverage Premium to Old Republic National Title Insurance Company | | 1,475.00 |
| 1103. | Title - Search Fee to Attorneys' Title Fund Services, LLC | | 125.00 |
| 1104. | TItle - Technology and Storage Fee to AccuTitle, LLC | | 42.00 |
| 1105. | Title - Wire Fee to Republic Bank | 30.00 | 40.00 |
| **1200. Government Recording and Transfer Charges:** | | | |
| 1201. | Recording Fees:          Deed          18.50          Mortgage          0.00 | 18.50 | |
| 1202. | Certified Copy of Bankruptcy Order Authorizing Sale to Clerk, U.S. Bankruptcy Court | | 14.00 |
| 1203. | E-Recording to Simplifile | 4.75 | |
| 1204. | Record Bankruptcy Affidavit and Order to Clerk of the Circuit Court | | 52.50 |
| 1205. | Record PACE Satisfaction to Clerk of the Circuit Court | | 14.75 |
| 1206. | Transfer Taxes - Deed State to Clerk of the Circuit Court | | 1,960.00 |
| **1300. Additional Settlement Charges:** | | | |
| 1301. | Bankruptcy Fee to Traci K. Stevenon, Trustee | 6,000.00 | 8,400.00 |
| 1302. | Estoppel Letter Fee to homewisedocs.com | | 500.00 |
| 1303. | Municipal Lien Search to Target Lien Search | | 214.00 |
| 1304. | Past Due HOA Dues to Nature's Hideaway Phase III HOA | | 716.46 |
| 1305. | Payoff PACE Loan to Renew Financial | | 7,163.40 |
| | | | |
| **1400. Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | | **$6,053.25** | **$39,017.11** |

Label Matrix for local noticing
113A-8
Case 8:24-bk-07659-CPM
Middle District of Florida
Tampa
Thu Aug 14 13:19:56 EDT 2025

Tanja J Cisliek
Future Home Realty Inc, a Florida Corp.
10575 68th Avenue, North
Suite B-2
Seminole, FL 33772-6023

Cynthia Tavares Costa
2218 Egret Walk Ct
New Port Richey, FL 34655-4019

Darren Kenneth Ouzts
2218 Egret Walk Ct
New Port Richey, FL 34655-4019

Suncoast Credit Union
Wetherington Hamilton, PA
c/o Brad W. Hissing
812 W. Dr. MLK, Jr. Blvd.
Suite 101
Tampa, FL 33603-3338

Aidvantage on behalf of
Dept of Education
PO Box 300001
Greenville Tx 75403-3001

Bank of America
Attn: Bankruptcy
4909 Savarese Cir
Tampa, FL 33634-2413

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Citibank/Best Buy
PO Box 6497
Sioux Falls, SD 57117-6497

Citibank/the Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Citibank/the Home Depot
PO Box 6497
Sioux Falls, SD 57117-6497

Condominium Associates and Precedent Hos
3001 Executive Drive
Clearwater, FL 33762-3389

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Fortiva
PO Box 105555
Atlanta, GA 30348-5555

GTE Financial
711 E Henderson Ave
Tampa, FL 33602-2509

GTE Financial
Attn: Bankruptcy
PO Box 172599
Tampa, FL 33672-0599

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jpmcb
MailCode LA4-7100
700 Kansas Ln
Monroe, LA 71203-4774

Jpmcb
PO Box 15369
Wilmington, DE 19850-5369

Navient
Attn: Bankruptcy
PO Box 9635
Wilkes Barre, PA 18773-9635

Navient
PO Box 300001
Greenville, TX 75403-3001

Renew Pace
555 12th St, Suite 1650
Oakland, CA 94607-3623

(p)LAW OFFICES OF ROBERT M GELLER P A
ATTN SANAD M HAMAD ESQ
807 W AZEELE STREET
TAMPA FL 33606-2209

Suncoast Cu
Attn: Bankruptcy
PO Box 11904
Tampa, FL 33680-1904

Suncoast Cu
PO Box 11904
Tampa, FL 33680-1904

Synchrony/Paypal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

Synchrony/Paypal Credit
PO Box 71727
Philadelphia, PA 19176-1727

US Bank
Attn Consumer
Bureau MGMT
Eagan, MN 55121


(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Walmart Credit Services/Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Walmart Credit Services/Capital One
PO Box 71746
Philadelphia, PA 19176-1746


Traci K. Stevenson +
Traci K. Stevenson, Esq., Ch. 7 Trustee
P.O. Box 86690
Madeira, FL 33738-6690

Brad W Hissing +
Wetherington Hamilton, PA
812 W. Dr. MLK Jr. Blvd., Suite 101
Tampa, FL 33603-3338

United States Trustee - TPA7/13 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949


Richard M Dauval +
LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 33703-6109

Scott C Lewis +
Albertelli Law
PO Box 23028
Tampa, FL 33623-2028

Sanad M Hamad +
The Law Offices of Robert M. Geller
807 West Azeele Street
Tampa, FL 33606-2209


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Sanad Hamad
807 W. Azeele St
Tampa, FL 33606

US Bank
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Catherine Peek McEwen
Tampa

(u)U.S. BANK NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    42
Bypassed recipients     2
Total                  44