**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: August 14, 2025**

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No.
 8:24−bk−07659−CPM
 Chapter 7

Darren Kenneth Ouzts
aka Darren Ouzts
aka Darren K Ouzts

Cynthia Tavares Costa
aka Cynthia T Costa
aka Cynthia Costa

_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULE E/F

THIS CASE came on for consideration, without hearing, of the Amended Schedule E/F filed August 13, 2025, Doc. No. 36. The Amended Schedule E/F is deficient as follows:

> A copy of the Notice of Proof of Claim Deadline was not served on additional creditors pursuant to Local Rule 1009−1(e).

> .

Accordingly, it is **ORDERED**:

The Amended Schedule E/F is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.