UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No.: 8:24-bk-07659-CPM
Chapter 7

Darren Kenneth Ouzts and Cynthia Tavares Costa

Debtor(s).
_____/

PROOF OF SERVICE

Order Granting Motion To Sell *Real Property, Pay Secured Creditors and Pay Transactional Costs* (Related Doc [37]). Service Instructions: Richard Dauval is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Pierce, Brenton): Updated Mailing Matrix (See Attached)

/s/ *Richard M. Dauval, Esq.*
**Richard M. Dauval, Esq., FBN 664081**
Leaven Law
3900 First Street North, Suite 100
St. Petersburg, FL 33703
727-362-9003
rdauval@leavenlaw.com

```
Label Matrix for local noticing          Tanja J Cisliek                          Cynthia Tavares Costa
113A-8                                   Future Home Realty Inc, a Florida Corp.  2218 Egret Walk Ct
Case 8:24-bk-07659-CPM                   10575 68th Avenue, North                 New Port Richey, FL 34655-4019
Middle District of Florida               Suite B-2
Tampa                                    Seminole, FL 33772-6023
Thu Sep 11 10:29:44 EDT 2025

Darren Kenneth Ouzts                     Suncoast Credit Union                    Aidvantage on behalf of
2218 Egret Walk Ct                       Wetherington Hamilton, PA                Dept of Education
New Port Richey, FL 34655-4019           c/o Brad W. Hissing                      PO Box 300001
                                         812 W. Dr. MLK, Jr. Blvd.                Greenville Tx 75403-3001
                                         Suite 101
                                         Tampa, FL 33603-3338

Bank of America                          Bank of America                          Capital One
Attn: Bankruptcy                         PO Box 982238                            Attn: Bankruptcy
4909 Savarese Cir                        El Paso, TX 79998-2238                   PO Box 30285
Tampa, FL 33634-2413                                                              Salt Lake City, UT 84130-0285


Capital One                              Citibank                                 Citibank
PO Box 31293                             Citicorp Cr Srvs/Centralized Bankruptcy  PO Box 6217
Salt Lake City, UT 84131-0293            PO Box 790040                            Sioux Falls, SD 57117-6217
                                         Saint Louis, MO 63179-0040


Citibank/Best Buy                        Citibank/Best Buy                        Citibank/the Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy  PO Box 6497                              Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040                            Sioux Falls, SD 57117-6497               PO Box 790040
Saint Louis, MO 63179-0040                                                        Saint Louis, MO 63179-0040


Citibank/the Home Depot                  Condominium Associates and Precedent Hos Fortiva
PO Box 6497                              3001 Executive Drive                     Attn: Bankruptcy
Sioux Falls, SD 57117-6497               Clearwater, FL 33762-3389                PO Box 105555
                                                                                  Atlanta, GA 30348-5555


Fortiva                                  GTE Financial                            GTE Financial
PO Box 105555                            711 E Henderson Ave                      Attn: Bankruptcy
Atlanta, GA 30348-5555                   Tampa, FL 33602-2509                     PO Box 172599
                                                                                  Tampa, FL 33672-0599


JPMorgan Chase Bank, N.A.                Jpmcb                                    Jpmcb
s/b/m/t Chase Bank USA, N.A.             MailCode LA4-7100                        PO Box 15369
c/o National Bankruptcy Services, LLC    700 Kansas Ln                            Wilmington, DE 19850-5369
P.O. Box 9013                            Monroe, LA 71203-4774
Addison, Texas 75001-9013


Navient                                  Navient                                  Renew Pace
Attn: Bankruptcy                         PO Box 300001                            555 12th St, Suite 1650
PO Box 9635                              Greenville, TX 75403-3001                Oakland, CA 94607-3623
Wilkes Barre, PA 18773-9635


(p)LAW OFFICES OF ROBERT M  GELLER  P A  Suncoast Cu                              Suncoast Cu
ATTN SANAD M HAMAD ESQ                   Attn: Bankruptcy                         PO Box 11904
807 W AZEELE STREET                      PO Box 11904                             Tampa, FL 33680-1904
TAMPA FL 33606-2209                      Tampa, FL 33680-1904
```

```
Synchrony/Paypal Credit              Synchrony/Paypal Credit              US Bank
Attn: Bankruptcy                     PO Box 71727                         Attn Consumer
PO Box 965064                        Philadelphia, PA 19176-1727          Bureau MGMT
Orlando, FL 32896-5064                                                    Eagan, MN 55121


(p)US BANK                           Walmart Credit Services/Capital One  Walmart Credit Services/Capital One
PO BOX 5229                          Attn: Bankruptcy                     PO Box 71746
CINCINNATI OH 45201-5229             PO Box 30285                         Philadelphia, PA 19176-1746
                                     Salt Lake City, UT 84130-0285


Traci K. Stevenson +                 Brad W Hissing +                     United States Trustee - TPA7/13 +
Traci K. Stevenson, Esq., Ch. 7 Trustee   Wetherington Hamilton, PA       Timberlake Annex, Suite 1200
P.O. Box 86690                       812 W. Dr. MLK Jr. Blvd., Suite 101  501 E Polk Street
Madeira, FL 33738-6690               Tampa, FL 33603-3338                 Tampa, FL 33602-3949


Richard M Dauval +                   Scott C Lewis +                      Sanad M Hamad +
LeavenLaw                            Albertelli Law                       The Law Offices of Robert M. Geller
3900 First Street North, Suite 100   PO Box 23028                         807 West Azeele Street
St. Petersburg, FL 33703-6109        Tampa, FL 33623-2028                 Tampa, FL 33606-2209


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Sanad Hamad                          US Bank
807 W. Azeele St                     Attn: Bankruptcy
Tampa, FL 33606                      800 Nicollet Mall
                                     Minneapolis, MN 55402-7000
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Catherine Peek McEwen             (u)U.S. BANK NATIONAL ASSOCIATION    End of Label Matrix
Tampa                                                                     Mailable recipients   42
                                                                          Bypassed recipients    2
                                                                          Total                 44
```