# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 24-07659 | | | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|---|---|
| Case Name: | OUZTS, DARREN KENNETH AND COSTA, CYNTHIA TAVARES | | | Date Filed (f) or Converted (c): | 12/30/2024 (f) |
| For the Period Ending: | 09/30/2025 | | | §341(a) Meeting Date: | 01/29/2025 |
| | | | | Claims Bar Date: | 09/29/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2218 Egret Walk Ct  New Port Richey  FL , Pasco  34655 | $375,700.00 | $58,571.00 | | $0.00 | $375,700.00 |
| **Asset Notes:**  Motion to Sell (DE 37) | | | | | |
| 2  2022 Nissan Versa Mileage: 13000 Other Information: VIN: 3N1CN8FVONL865032 | $14,990.00 | $0.00 | OA | $0.00 | FA |
| 3  2023 Nissan Rogue Mileage: 13000 Other Information: VIN: JN8BT3CA4PW002285 surrender | $24,913.00 | $0.00 | OA | $0.00 | FA |
| 4  Love Seat, Coffee Table, Kitchen Table, 4 Chairs, 3 Beds, 3 Dressers, Night Stands, | $350.00 | $0.00 | | $0.00 | FA |
| 5  2 Cell Phones, 1 Tv, | $150.00 | $0.00 | | $0.00 | FA |
| 6  Clothing | $150.00 | $0.00 | | $0.00 | FA |
| 7  1Wedding Band | $50.00 | $0.00 | | $0.00 | FA |
| 8  Lawn Mower, 1 Edger, Hand Tools, | $75.00 | $0.00 | | $0.00 | FA |
| 9  Cash | $0.00 | $0.00 | | $0.00 | FA |
| 10  Savings Wells Fargo#7670 | $45.00 | $0.00 | | $0.00 | FA |
| 11  Checking Wells Fargo#9872 | $1,066.87 | $0.00 | | $0.00 | FA |
| 12  Other financial account PayPal | $0.00 | $0.00 | | $0.00 | FA |
| 13  2024 Federal | Unknown | $0.00 | | $0.00 | FA |
| 14  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  entered in error | | | | | |
| 15  Forfeited Earnest Money Deposit          (u) | $0.00 | $1,400.00 | | $1,400.00 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| | $417,489.87 | $59,971.00 | | $1,400.00 | $375,700.00 |

**Major Activities affecting case closing:**

| 09/25/2025 | abandon filed |
|---|---|
| 09/20/2025 | Realtor sent new offer for TS signature |
| 09/10/2025 | Order Granting Motion to Sell entered |
| 08/14/2025 | Motion to sell (DE 37) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 24-07659 | Trustee Name: | Traci K. Stevenson |
| --- | --- | --- | --- |
| Case Name: | OUZTS, DARREN KENNETH AND COSTA, CYNTHIA TAVARES | Date Filed (f) or Converted (c): | 12/30/2024 (f) |
| For the Period Ending: | 09/30/2025 | §341(a) Meeting Date: | 01/29/2025 |
| | | Claims Bar Date: | 09/29/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 06/25/2025 | notice of assets filed |
| 04/04/2025 | RP price reduced |
| 01/29/2025 | RD to get employed and will oversee sale of real estate |
| 01/25/2025 | EM offer received for RE. Sent to RD to review for possible short sale. |

Initial Projected Date Of Final Report (TFR): 02/01/2026    Current Projected Date Of Final Report (TFR): 12/01/2026

/s/ TRACI K. STEVENSON
_____
TRACI K. STEVENSON

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 24-07659 | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | OUZTS, DARREN KENNETH AND COSTA, CYNTHIA TAVARES | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9922 | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | **-***9923 | Account Title: | |
| For Period Beginning: | 10/01/2024 | Blanket bond (per case limit): | $25,034,000.00 |
| For Period Ending: | 09/30/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/08/2025 | (15) | Leavengood Dauval Boyle & Vasti PLLC | Forfeited Earnest Money Deposit | 1290-000 | $1,400.00 | | $1,400.00 |
| | | | **TOTALS:** | | $1,400.00 | $0.00 | $1,400.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,400.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,400.00 | $0.00 | |

**For the period of 10/01/2024 to 09/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/11/2025 to 9/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 24-07659 | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | OUZTS, DARREN KENNETH AND COSTA, CYNTHIA TAVARES | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9922 | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | **-***9923 | Account Title: | |
| For Period Beginning: | 10/01/2024 | Blanket bond (per case limit): | $25,034,000.00 |
| For Period Ending: | 09/30/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,400.00 | $0.00 | $1,400.00 |

| For the period of 10/01/2024 to 09/30/2025 | | For the entire history of the account between 08/11/2025 to 9/30/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,400.00 | Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 | Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRACI K. STEVENSON

TRACI K. STEVENSON